

DUNCAN W. KEIR
U. S. BANKRUPTCY JUDGE

IN THE UNITED STATES BANKRUPTCY COURT

FOR THE DISTRICT MARYLAND

| | | |
|---|---|---|
| In re: | * | |
| WILFRED T. AZAR, III | * | Case No. 11-19693 |
| MELANIE CAROLE AZAR | * | Chapter 7 |
| Debtors | * | |
| RICHARD BASCIANO | * | Adversary No. 11-00740 |
| Plaintiff | * | |
| v. | * | |
| WILFRED T. AZAR, III | * | |
| Defendant | * | |

### CONSENT ORDER APPROVING SETTLEMENT AGREEMENT

The Court having considered the Consent Motion for Approval of Settlement Agreement, proper notice having been given in accordance with the Federal Rule of Bankruptcy Procedure and the Local Rules, and finding good cause exists therefor, it is hereby

ORDERED, that the said Consent Motion for Approval of Settlement Agreement is hereby granted; and it is further

ORDERED, that the Settlement Agreement attached as Exhibit 1 to the Motion is hereby approved; and it is further

ORDERED, that the sum of $300,000, being the Settlement Amount as defined in paragraph 1 of the Settlement Agreement, plus the interest and fees and/or charges, if any, which may become payable thereon pursuant to the Promissory Note attached to the Settlement Agreement as Exhibit A, is determined, by agreement, to be non-dischargeable pursuant to 11 U.S.C. § 523(a).; and it is further

ORDERED that as to all other sums claimed by Plaintiff, the Complaint to Determine Dischargeability is voluntarily dismissed; and it is further

ORDERED, that nothing in the Settlement Agreement or this Order shall affect or limit the Plaintiff's rights and remedies against the Defendant should the Defendant be generally denied discharge in Case No. 11-19693.

AGREED:

Dated:  9/14/12           /s/ Steven M. Sindler
                          Steven M. Sindler, Esq.
                          1130 Annapolis Road, #101
                          Odenton, Maryland 21113
                          410-551-9323
                          Attorney for Plaintiff


Dated:  9/14/12           /s/ Daniel M. Press
                          Daniel M. Press, Esq.
                          6718 Whittier Ave., #200
                          McLean, VA 22101
                          Attorney for Defendant

   I HEREBY CERTIFY that the terms of the copy of the consent order submitted to the Court are identical to those set forth in the original consent order; and the signatures represented by the /s/_____ on this copy reference the signatures of consenting parties on the original consent order.

Dated:   9/14/12                              /s/ Daniel M. Press

**END OF ORDER**